Thomas A. JOAS, MD, Plaintiff–
Appellant,

v.

**RELIANCE STANDARD LIFE
INSURANCE COMPANY,**
Defendant–Appellee.

No. 04–55961.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 7, 2006.[*]

Filed Nov. 9, 2006.

David B. Sharp, Esq., Law Offices of David B. Sharp, San Diego, CA, for Plaintiff–Appellant.

---

[**] The Honorable Robert H. Whaley, United States District Judge for the Eastern District of Washington, sitting by designation.

**2.** *Id.*

[*] This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Colleen R. Smith, Esq., Harrington Foxx Dubrow & Canter, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: GRABER, WARDLAW, and RAWLINSON, Circuit Judges.

MEMORANDUM **

The judgment is vacated and this case is remanded to the district court for reconsideration in the light of *Abatie v. Alta Health & Life Insurance Co.,* 458 F.3d 955 (9th Cir.2006) (en banc), and, if appropriate, for the receipt of additional evidence.

VACATED and REMANDED. The parties shall bear their own costs on appeal.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

